UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:23-cv-10127-JLS-AGR                                   Date: September 19, 2024
Title:  Yuri Doering v. BSLB LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO PROSECUTE**

On May 29, 2024, the Court denied Plaintiff's Motion for Default Judgment and ordered Plaintiff to file an amended complaint within twenty-one days if Plaintiff wished to proceed with this action.  (Order, Doc. 21.)  The Court warned that failure to timely file an amended complaint would result in dismissal of the action.  (*See id.* at 11.)  It has now been more than three months, and no amended complaint was filed.  Accordingly, this action is DISMISSED WITH PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Initials of Deputy Clerk: kd